UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

02-363 (PAM/AJB)

**Robert Lyons, Gaylon Carmack, Josef Zaspel, Scott Malcolm, as participants in and Trustees of the Carpenters and Joiners Health and Welfare Fund and David Hamilton, William Grimm, Peter Donnino, and Timothy McGough, as Trustees of the Carpenters and Joiners Health & Welfare Fund**

Plaintiffs

vs.

**Charles McQuay, Soderberg & Vail, L.L.C., Ames Construction, a corporation, and St. Paul Companies, a corporation,**

Defendants.

**Civil File No. ~~02-362-JMR/SRN~~**

**Order**

The above-entitled action came on before the undersigned Judge of United States District Court on February 12, 2002 on Plaintiffs motion for a temporary restraining order. Based on all the files, records and proceedings herein, the Court makes the following Order. This Order incorporates by reference the findings and holdings expressed by the Court in the hearing.

**ORDER**

IT IS HEREBY ORDERED That:

1. Defendants McQuay, Ames Construction and St. Paul Fire & Marine Insurance Company shall submit a stipulation to the Office of Administrative Hearings, Workers Compensation Division whereby a portion of the proceeds of the settlement of the workers compensation action of Charles McQuay against Ames Construction, Inc. and St. Paul Fire & Marine Insurance Company in the amount of $5,200.00 shall be held by St. Paul Fire & Marine Insurance Company or, at the option of the parties, placed in an interest

FILED FEB 11 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

bearing account in a financial institution to be agreed by the parties.

2. Upon approval of the settlement by the Office of Administrative Hearings, Workers Compensation Division of McQuay's that portion of the settlement deposited pursuant to this Order shall be held in constructive trust for the Carpenters and Joiners Health and Welfare Fund and shall not be disbursed or otherwise removed by any party without further Order of this Court.

3. Any portion of the deposit which this Court at any time determines is not subject to the Carpenters and Joiners Health & Welfare Fund claims shall be paid to Charles McQuay.

4. Any action by the Office of Administrative Hearings, Workers Compensation Division which is in any way inconsistent with the terms of this Order are hereby stayed.

5. Plaintiffs shall file a bond in the amount of $5,000 pursuant to Rule 65 of the Federal Rules of Civil Procedure.

6. This Order will remain in effect until February 22, 2002 unless extended pursuant to Rule 65 of the Federal Rules of Civil Procedure.

Dated: February 13, 2002

James M. Rosenbaum
Chief Judge of U.S. District Court