UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**Robert Lyons, Gaylon Carmack, Josef Zaspel, Scott Malcolm, as participants in and Trustees of the Carpenters and Joiners Health and Welfare Fund and David Hamilton, William Grimm, Peter Donnino, and Timothy McGough, as Trustees of the Carpenters and Joiners Health & Welfare Fund**

Plaintiffs

VS.

**Charles McQuay, Soderberg & Vail, L.L.C., Ames Construction, a corporation, and St. Paul Fire & Marine Insurance Company, a corporation,**

Defendants.

**Civil File No. ~~02-362 JMR~~/SRN**

02-363

**Stipulation and Order**

---

## STIPULATION

The parties to the above-entitled action, by their undersigned counsel, hereby stipulate and agree as follows:

1. The temporary restraining order entered by the Court in this matter, which by its terms was effective until February 22, 2002 may be converted to a preliminary injunction to be effective until the final resolution of this case in the U.S. District Court.

2. The extension is agreed to by the parties in the interest of the orderly resolution of this matter and the matter involving the same parties in the Office of Administrative Hearings, Workers Compensation Division. The extension is further agreed to in the interests of judicial economy and the best use of the time and resources of the parties.

3. The parties further stipulate and agree that Defendant St. Paul Companies is not the correct party to this action and that the caption should be amended to replace

FILED FEB 2 2
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Defendant St. Paul Companies with its related but separate corporation, St. Paul Fire & Marine Insurance Company.

Dated: 2-13-02

MCGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By ______________________
Richard L. Evans (#134752)
2600 U.S. Bancorp Center
800 Nicollet Mall
Minneapolis MN 55402

ATTORNEYS FOR PLAINTIFFS

Dated: 2/20/02

SODERBERG & VAIL, L.L.C.

By ______________________
Scott H. Soderberg #195819
Suite 508
Textile Building
119 No. 4th Street
Minneapolis, MN 55401

ATTORNEY FOR DEFENDANTS CHARLES MCQUAY AND SODERBERG & VAIL, L.L.C.

Dated: 2/18/02

CANDLIN & HECK

By ______________________
Steven A. Muenzer
Suite 1500
3800 West 80th Street
Bloomington, MN 55431

ATTORNEY FOR DEFENDANTS AMES CONSTRUCTION, INC. AND ST. PAUL FIRE & MARINE INSURANCE COMPANY

**ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED That:

1. The Order entered in this matter on February 22, 2002 shall remain in force and effect until the resolution of this case or further Order of this Court.

2. The caption of this case may be and is hereby amended to replace the St. Paul Companies with St. Paul Fire & Marine Insurance Company.

Dated: February 22, 2002

District Court Judge